UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laborers' Pension Fund, et al.
         Plaintiff,

v.               Case No.: 1:08–cv–01231
               Honorable William T. Hart

Cleanique Services, Inc., et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

  MINUTE entry before Judge Honorable William T. Hart: Status hearing set for 5/1/2008 at 11:00 AM.Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.