IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUNDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 1231 |
| v. | ) | |
| | ) | Judge HART |
| CLEANIQUE SERVICES, INC., an involuntarily dissolved Illinois corporation, and KENNETH WILSON, individually, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney, Charles Ingrassia, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date: April 24, 2008                         Respectfully submitted,

                                             Laborers' Pension Fund, et al.

                                             By:   /s/ Charles Ingrassia

Charles Ingrassia
Office of Fund Counsel
Laborers' Pension & Welfare Funds.
111 West Jackson, Suite 1415
Chicago, IL  60604
(312) 692-1540

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing *Notice of Voluntary Dismissal,* to be served upon the following person, via U.S. Mail, this 24th day of April, 2008.

Kenneth Wilson
Cleanique Services, Inc.
2018 N Newcastle Ave
Chicago, IL 60707-3332

**Courtesy Copy**
Stephen Burriesci
Law Office of Stephen Burriesci
200 W. Adams, Suite 1005
Chicago, IL 60606

/s/ Charles Ingrassia