# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1231 | **DATE** | 4/28/2008 |
| **CASE TITLE** |  | Laborers' Pension Funds, et al. V. Cleanique Services, Inc., et al. | |

**DOCKET ENTRY TEXT**

Status hearing set for 5/1/2008 is stricken. This case is voluntarily dismissed without prejudice pursuant ot FRCP 41(a)(1).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|